# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BATES, VANESSA GIBSON, and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KASHI COMPANY, a California corporation; KELLOGG COMPANY, a Delaware corporation; DAVID DENHOLM, DAVID DESOUZA; and DOES 1-100,<br><br>Defendants. | CASE NO. 11-CV-1967-H (BGS)<br><br>**SCHEDULING ORDER CONSOLIDATING MOTION HEARINGS REGARDING APPOINTMENT OF INTERIM LEAD COUNSEL** |

On November 30, 2011, Plaintiffs Kimberly S. Sethavanish, James Colucci, Skye Astiana, Rosaclaire Baisinger, Tamara Diaz, and Joe Chatham (collectively "Stember/Faruqi Plaintiffs") filed a motion requesting that the Court appoint Stember Feinstein Doyle & Payne, LLC and Faruqi & Faruqi, LLP as interim co-lead counsel for Bates v. Kashi Co., et al., 11-cv-1967-H (BGS); Diaz v. Kashi Co., et al., 11-cv-2256-H (BGS); Chatham v. Kashi Co., et al., 11-cv-2285-H (BGS); Sethavanish, et al. v. Kashi Company, 11-cv-02356-H (BGS); and Baisinger v. Kashi Company, 11-cv-02367-H (BGS) (collectively the "Consolidated Actions") and any other actions that may be consolidated with this case. (Doc. No. 17). On November 30, 2011, the Court set a motion hearing for January 17, 2012 regarding Stember/Faruqi

Plaintiffs' motion.

On December 30, 2011, Plaintiffs Michael Bates and Veronica Gibson (collectively Berg/Golan Plaintiffs") filed a separate motion requesting that the Court appoint Berg & Androphy and The Golan Firm as interim class counsel. (Doc. No. 23.) On December 30, 2011, the Court set a second motion hearing for January 30, 2012 regarding Berg/Golan Plaintiffs' motion.

Accordingly, the Court vacates the January 30, 2012 hearing and will hear arguments supporting and opposing both the Stember/Faruqi motion and the Berg/Golan motion in a single hearing on January 17, 2012 at 10:30 a.m.

IT IS SO ORDERED.

DATED: January 10, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT