**CONSOLIDATED AMENDED COMPLAINT:  EXHIBITS**

| | | |
|---|---|---|
| Ex. 1 | | Kashi "All Natural" Products and Non-Natural Ingredients |
| Ex. 2 | | Kashi "Nothing Artificial" Products and Artificial Ingredients |
| Ex. 3 | | David DeSouza, V.P. & General Manager, 2009 Analyst Day Presentation |
| Ex. 4 | | "Positioning:  Kashi GoLean Goes National" |
| Ex. 5 | | "Family Rivalry:  How Kashi's Food is 'Real,' but Kellogg's Isn't" |
| Ex. 6 | | Excerpts of Kellogg Company Form 10k for the fiscal year ended January 2, 2010 |
| Ex. 7 | | Kellogg Company Q3 2009 Earnings Call Transcript from seekingalpha.com |
| Ex. 8 | | "FTC Charges Kellogg with False Advertising" |
| Ex. 9 | | "FTC Cracks Down on Another Dubious Claim by Kellogg" |
| Ex. 10 | | *In re Matter of Kellogg Company*, FTC Docket No. C-4262, Decision and Order dated July 27, 2009. |
| Ex. 11 | | *In re Matter of Kellogg Company*, FTC Docket No. C-4262, Concurring Statement of Commissioner Julie Brill and Chairman Jon Leibowitz dated June 3, 2010 |
| Ex. 12 | | Excerpts of Kellogg Company Form 10k for the fiscal year ended January 3, 2009 |
| Ex. 13 | | Excerpts of Kellogg Company Form 10k for the fiscal year ended January 1, 2011 |
| Ex. 14 | | Kashi 2009 Yearbook |
| Ex. 15 | | "Food Label Helps Consumers Make Healthier Choices" from www.fda.gov |
| Ex. 16 | | "What is the meaning of 'natural' on the label of food?" from www.fda.gov |
| Ex. 17 | | *Ries v. Hornell*, Case No. 3:10-cv-1139-RS (N.D.Cal) Doc. 54, Letter from Michael M. Landa dated September 16, 2010 |
| Ex. 18 | | Excerpts of *Food Standards and Labeling Policy Book*, August 2005 |
| Ex. 19 | | Nielsen, P. (2011).  Natural-synthetic-artificial! *Artificial DNA: PNA & XNA* 1(1), 58-59 |
| Ex. 20 | | OSHA's Occupational Safety and Health Guideline for n-Hexane |
| Ex. 21 | | Kashi Real Food Values "And the Journey Continues" from www.kashi.com |
| Ex. 22 | | Soy Information FAQ, Soyfoods Association of North America |

**CONSOLIDATED AMENDED COMPLAINT:  EXHIBITS**

| | |
|---|---|
| Ex. 23 | Sodium Pyrophosphate – Compound Summary |
| Ex. 24 | Warning Letter dated November 16, 2011 to Alexia Foods, Inc. |
| Ex. 25 | Kashi Ingredient Decoder |
| Ex. 26 | "Natural and Organic Products Industry Sales Hit $81 Billion," PR Newswire |
| Ex. 27 | "Natural and Organic Food and Beverage Market to Double by 2015," from www.marketwire.com |
| Ex. 28 | "Chemical Blessings What Rousseau got wrong," The Economist |
| Ex. 29 | "The World Is All Natural," Kashi and Bear Naked |
| Ex. 30 | Kellogg's Nutrition from www.kelloggsnutrition.com |
| Ex. 31 | Our Real Food Values from www.kashi.com |
| Ex. 32 | Our Foods from www.kashi.com |
| Ex. 33 | Our History from www.kashi.com |
| Ex. 34 | Kellogg's 2009 Corporate Responsibility Report, "Bringing Our Best To You" |
| Ex. 35 | Kashi "All Natural" Products' Labels and Ingredients |
| Ex. 36 | Kashi "Nothing Artificial" Products' Labels and Ingredients |