**EXHIBIT A**

---

**CALIFORNIA ALL NATURAL CLASS ACTIONS CLAIM FORM**

*Astiana v. Kashi Co.*, No. 11-CV-1967-H (BGS) (S. D. Cal.)
*Thurston v. Bear Naked, Inc.*, No. 11-CV-2890-H (BGS) (S. D. Cal.)

---

**Kashi All-Natural / Nothing Artificial Food Products**
**Bear Naked 100% Pure & Natural / 100% Natural Food Products**

---

To make a claim, you must complete the online claim form on the Settlement Website at: www.NaturalClassSettlement.com or complete this form and submit by mail.  Online submissions must be completed and mailed forms must be postmarked no later than [8 days before Settlement Hearing].  If submitting by mail, send the completed form to:

All Natural Class Actions Settlement Administrator
c/o GCG
P.O. Box 10068
Dublin, OH 43017-6668

By signing this Claim Form, you are swearing that the information you are providing is true and correct and that you are submitting this Claim Form with the goal or purpose of obtaining funds to which you are entitled. The Claims Administrator may take independent steps to verify the information you are submitting.

*Please read all of the following instructions carefully before filling out your Claim Form.*

1. Please review the Notice of Proposed Class Action Settlement (the "Notice") that is available at www.NaturalClassSettlement.com when you complete your Claim Form.  If you do not have access to a computer, call 1-844-322-8154 to have the Notice sent to you.

2. Type or print legibly in black ink.

3. Complete Part A ("Class Member Information") by filling in your name, your current mailing address, and daytime telephone number with area code.  You may also provide your e-mail address.

4. Complete Parts B.1 and B.2 ("Kashi Purchase Information") by identifying the number of Kashi products purchased and selecting which benefits or options you choose to receive.  Please review the section of the Notice titled "The Settlement Benefits" to determine what benefits apply to you.

5. Complete Parts C.1 and C.2 ("Bear Naked Purchase Information") by identifying the number of Bear Naked products purchased and selecting which benefits or options you choose to receive.  Please review the section of the Notice titled "The Settlement Benefits" to determine what benefits apply to you.

6. Complete Part D ("Verification of Claimant").

7. If you are making claims with written proof of purchase, you can either (1) e-mail the receipts for all Products along with this Claim Form to www.NaturalClassSettlement.com; or (2) mail the receipts for all Products along with this Claim Form to:  All Natural Class Actions Settlement Administrator, c/o GCG, P.O. Box10068, Dublin, OH 43017-6668.

8. Keep a copy of your completed Claim Form and any receipts for your records.  Any documents you submit with your Claim Form cannot be returned. If your claim is rejected for any reason, the Settlement Administrator will notify you of the rejection and the reasons for such rejection.

**EXHIBIT A**

| Part A:  Class Member Information ||
|---|---|
| NAME: | TELEPHONE: |
| MAILING ADDRESS: | CITY: |
| STATE: | ZIP CODE: |
| EMAIL ADDRESS: | |
| **Part B.1:  KASHI Purchase Information—With Proof of Purchase** ||
| California residents may receive $0.50 for each package of the Kashi All Natural / Nothing Artificial Food Products listed in paragraph 23 of the Kashi Stipulation of Settlement (available at www.NaturalClassSettlement.com), that was purchased between August 24, 2007 and May 1, 2014, for which they submit with their completed Claim Form written proof of purchase in the form of a store receipt or a retail rewards program submission.  There is no limit on the amount of reimbursement a Class Member may receive for purchases for which proof of purchase is provided.<br><br>        **I am a California resident and I am seeking reimbursement with written proof of purchases for ____ packages of the Kashi All Natural / Nothing Artificial Food Products listed in paragraph 23 of the Kashi Stipulation of Settlement that I purchased between August 24, 2007 and May 1, 2014.** ||
| **PART B.2: KASHI Purchase Information—Without Proof of Purchase** ||
| Without written proof of purchase, California residents may receive $0.50 for each package of the Kashi All Natural / Nothing Artificial Food Products listed in paragraph 23 of the Kashi Stipulation of Settlement (available at www.NaturalClassSettlement.com), which they assert was purchased between August 24, 2007 and May 1, 2014.  Without written proof of purchase, there is a maximum recovery of $25.00 per household.<br><br>        **I am a California resident and I am seeking reimbursement without written proof of purchases for ___ packages of Kashi All Natural / Nothing Artificial Food Products listed in paragraph 23 of the Kashi Stipulation of Settlement that I purchased between August 24, 2007 and May 1, 2014.** ||
| Class members who purchased the All Natural / Nothing Artificial Food Products listed in paragraph 23 of the Kashi Stipulation of Settlement (available at www.NaturalClassSettlement.com) between August 24, 2007 and May 1, 2014, may receive reimbursement in full for all purchases for which they provide proof of purchase, in addition to a maximum of $25.00 for purchases for which no proof of purchase is provided.  If the total amount of eligible claims exceeds the amount remaining in the Kashi All Natural / Nothing Artificial Food Product Settlement Fund for payment to Kashi All Natural / Nothing Artificial Food Product Class Members, then each Class Member's award shall be reduced *pro rata*.  If, after all valid claims (and other authorized fees, costs and expenses) are paid, money remains in the Kashi All Natural / Nothing Artificial Food Product Settlement Fund, the remaining amount shall be used to increase *pro rata* the recovery of each eligible claim. ||

**EXHIBIT A**

| **Part C.1:  BEAR NAKED Purchase Information—With Proof of Purchase** |
|---|
| California residents may receive $0.50 for each package of the Bear Naked 100% Pure & Natural / 100% Natural Food Products listed in paragraph 23 of the Bear Naked Stipulation of Settlement (available at www.NaturalClassSettlement.com), that was purchased between September 21, 2007 and May 1, 2014, for which they submit with their completed Claim Form written proof of purchase in the form of a store receipt or a retail rewards program submission. There is no limit on the amount of reimbursement a Class Member may receive for purchases for which proof of purchase is provided.<br><br>**I am a California resident and I am seeking reimbursement with written proof of purchases for \_\_\_\_ packages of Bear Naked 100% Pure & Natural / 100% Natural Food Products listed in paragraph 23 of the Bear Naked Stipulation of Settlement that I purchased between September 21, 2007 and May 1, 2014.** |
| **Part C.2:  BEAR NAKED Purchase Information—Without Proof of Purchase** |
| California residents may receive $0.50 for each package of the Bear Naked 100% Pure & Natural / 100% Natural Food Products listed in paragraph 23 of the Bear Naked Stipulation of Settlement (available at www.NaturalClassSettlement.com), that was purchased between September 21, 2007 and May 1, 2014. Without written proof of purchase, there is a maximum recovery of $10.00 per household.<br><br>**I am a California resident and I am seeking reimbursement without written proof of purchases for \_\_\_\_ packages of Bear Naked 100% Pure & Natural / 100% Natural Food Products listed in paragraph 23 of the Bear Naked Stipulation of Settlement that I purchased between September 21, 2007 and May 1, 2014.** |
| Class members who purchased the Bear Naked 100% Pure & Natural / 100% Natural Food Products listed in paragraph 23 of the Bear Naked Stipulation of Settlement (available at www.NaturalClassSettlement.com) between September 21, 2007 and May 1, 2014, may receive reimbursement in full for all purchases for which they provide proof of purchase, in addition to a maximum of $10.00 for purchases for which no proof of purchase is provided.  If the total amount of eligible claims exceeds the amount remaining in the Bear Naked Settlement Fund for payment to Bear Naked 100% Pure & Natural / 100% Natural Food Product Class Members, then each Class Member's award shall be reduced *pro rata*.  If, after all valid claims (and other authorized costs and expenses) are paid, money remains in the Bear Naked 100% Pure & Natural / 100% Natural Food Product Settlement Fund, the remaining amount shall be used to increase *pro rata* the recovery of each eligible claim. |

**EXHIBIT A**

| **Part D: VERIFICATION OF CLAIMANT** |
|---|

Under the penalty of perjury, I hereby certify that the information provided on this Claim Form is true and correct and that I did in fact purchase between August 24, 2007 and May 1, 2014 each package of the Kashi and/or between September 21, 2007 and May 1, 2014 each package of the Bear Naked Food Product(s) for which I am here seeking reimbursement.

_____      _____      _____
Signature                                                  Print Name                                           Date


_____

**MAIL OR SUBMIT ONLINE THE ORIGINAL SIGNED CLAIM FORM**

**CLAIM FORMS MUST BE POSTMARKED OR SUBMITTED ONLINE NO LATER THAN EIGHT (8) DAYS BEFORE THE SETTLEMENT HEARING**

**QUESTIONS? CALL 1-844-322-8154 OR VISIT WWW.NATURALCLASSSETTLEMENT.COM**