**EXHIBIT D**
**LEGAL NOTICE**

**If you purchased certain Kashi Products between August 24, 2007 and May 1, 2014**
**and/ or**
**certain Bear Naked Products between September 21, 2007 and May 1, 2014**

**Your Legal Rights May Be Affected by a Settlement**
**and You May be Entitled To a Cash Refund**

**Para una notificación en Español, visite nuestro sitio Web, www.NaturalClassSettlement.com**

**What Is This Notice About?** A proposed settlement has been reached in two class action lawsuits which claimed that the marketing of certain Kashi products as "All Natural" or "Nothing Artificial" and certain Bear Naked products as "100% Natural" or "100% Pure & Natural" was not true. Kashi and Bear Naked stand by their marketing and deny that they did anything wrong. If you are a member of the Class in either or both lawsuits, you may make a claim by mailing or electronically submitting a Claim Form.

A federal court authorized this notice. Before any money is paid, the court will have a hearing to decide whether to approve the settlements. On [_____, 2014], Class Counsel in each case will submit their motions for final approval and request for attorneys' fees and/or expenses, which will be available at www.NaturalClassSettlement.com or by calling 1-844-322-8154.

**Am I a Class Member?** You may be a Kashi Class Member if you are a California resident and purchased between August 24, 2007 and May 1, 2014 one of the Kashi Products listed in paragraph 23 of the Kashi Stipulation of Settlement (available at www.NaturalClassSettlement.com). You may be a Bear Naked Class Member if you are a California resident and purchased between September 21, 2007 and May 1, 2014 one of the Bear Naked Products listed in paragraph 23 of the Bear Naked Stipulation of Settlement (available at www.NaturalClassSettlement.com). Excluded from the classes are Kashi and Bear Naked employees, officers and directors; persons that purchased the Products for the purpose of re-sale; retailers or re-sellers of the Products; governmental entities; persons who properly exclude themselves from the Class; and the Court, the Court's immediate family, and Court staff.

**What do the Settlements Provide?** A Kashi Settlement Fund of $5 million will be created to pay notice and administrative costs, attorneys' fees and expenses, plaintiff Incentive Awards, and to reimburse Kashi Class Members for the Kashi Products they purchased. A Bear Naked Settlement Fund of $325,000 will be created to pay attorneys' expenses, plaintiff Incentive Awards, and to reimburse Bear Naked Class Members for the Bear Naked Products they purchased.

**What Benefits Could I Receive?**

If the Kashi settlement is approved by the Court, Kashi Class Members will be able to recover: (1) a cash payment of $0.50 for each package purchased, up to a maximum of $25 (without proof of purchase); and (2) a cash payment of $0.50 for each package purchased, with no limitation (with proof of purchase).

If the Bear Naked settlement is approved by the Court, Bear Naked Class Members will be able to recover: (1) a cash payment of $0.50 for each package purchased, up to a maximum of $10 (without proof of purchase); and (2) a cash payment of $0.50 for each package purchased, with no limitation (with proof of purchase).

For both the Kashi and Bear Naked settlements, if the total amount of claims exceeds the available proceeds in the respective settlement funds, benefits will be reduced proportionally so that all eligible Class Members can be partially reimbursed.

**What Are My Rights?**

1. You Can Accept the Settlements. If you wish to receive the benefits under either or both settlements, you **MUST** fill out and submit a Claim Form by [INSERT DATE: _____ *(8) days before the Settlement Hearing*.] You can obtain a Claim Form by (1) by downloading one from www.NaturalClassSettlement.com; (2) calling the Settlement Administrator at 1-844-322-8154; or (3) mailing a written request for a Claim Form including your name and mailing address by regular mail to: All Natural Class Actions Settlement Administrator, c/o GCG, P.O. Box 10068, Dublin, OH 43017-6668. If you fail to timely submit a Claim Form and do not exclude yourself from a settlement, then you will be bound by that settlement but will not receive any benefits of that settlement.

2. You Can Object to the Settlements. If you believe the Kashi settlement is unsatisfactory, you may file a written objection with the Clerk of the Court for the United

2265987.12

States District Court for the Southern District of California and send copies to the following Counsel representing the Class and Kashi:

Plaintiffs' Counsel:

| | |
|---|---|
| Nadeem Faruqi | Joseph Kravec |
| Antonio Vozzolo | Wyatt Lison |
| Faruqi & Faruqi LLP | Feinstein, Doyle, Payne & Kravec, LLC |
| 369 Lexington Ave., 10th Fl. | 429 Forbes Ave. |
| New York, NY 10017 | 17th Floor, Allegheny Building Pittsburgh, PA 15219 |

Defendant's Counsel:
Dean Panos
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654

If you believe the Bear Naked settlement is unsatisfactory, you may file a written objection with the Clerk of the Court for the United States District Court for the Southern District of California and send copies to the following Counsel representing the Class and Bear Naked:

Plaintiffs' Counsel:
   Rosemary M. Rivas
   Finkelstein Thompson LLP
   505 Montgomery St.
   Suite 300
   San Francisco, CA 94111

Defendant's Counsel:
  Dean Panos
  Jenner & Block LLP
  353 North Clark Street
  Chicago, IL 60654

The deadline for submitting objections to either settlement is [30 days before Settlement Hearing]

3. You Can "Opt Out" of the Settlements. If you do not wish to participate in either or both settlements, you must provide written notice so indicating. Such notice shall include your name, current address, and a statement that you want to be excluded from the lawsuit in *Astiana, et al., v Kashi Company*, Case No. 11-CV-1967-H (BGS) and/or *Thurston v. Bear Naked, Inc.*, Case No. 11 CV 2890-H (BGS). Such notice must be postmarked no later than [8 days before Settlement Hearing]. Your written notice should be sent to: All Natural Class Actions Settlement Administrator, c/o GCG, P.O. Box 10068, Dublin, OH 43017-6668. Please be advised that if you "opt out" of a settlement, you will not receive any money or benefits under that settlement and will be responsible for any attorneys' fees and costs you incur if you choose to pursue your own lawsuit.

**The Fairness Hearing**

On [_____], 2014, the Court will hold hearings to determine: (1) whether the proposed settlements are fair, reasonable and adequate and should receive final approval; and (2) whether the applications for attorneys' fees and/or expenses brought by the respective Class counsel should be granted. Objections to the proposed settlements by Class Members will be considered by the Court, but only if such objections are filed in writing with the Court and sent to Plaintiffs' and Defendant's respective counsel by [_____,2014]. Class Members who support the proposed settlements do not need to appear at the hearings or take any other action to indicate their approval. The hearing into the Kashi settlement will take place at 9:00 am and the hearing into the Bear Naked settlement will take place at _:__ am. Both hearings will be held in the United States District Court, Southern District of California, 333 West Broadway, San Diego, California 92101 in Courtroom 15A of the Honorable Marilyn L. Huff

**Additional Information**

You may seek the advice and guidance of your own attorney if you desire. If you would like a detailed notice and claim form, you can get one by e-mailing [E-MAIL ADDRESS], by downloading one from www.NaturalClassSettlement.com, by writing to All Natural Class Actions Settlement Administrator, c/o GCG, P.O. Box 10068, Dublin, OH 43017-6668, or by calling 1-844-322-8154. A copy of the settlement agreements are available at www.NaturalClassSettlement.com, or may be obtained by examining the publicly available court records. You can also visit www.NaturalClassSettlement.com if you have any questions about this settlement. Please do not contact the Court or Clerk for information.

By order of the United States District Court for the Southern District of California

2265987.12