

*Notice Proposal*

## Kashi Foods California Notice Plan
## Prepared: April 30, 2014
*Privileged & Confidential*

| **Target** | **Estimated Reach** |
|---|---|
| California Primary Grocery Shoppers | 83% |

**Program Parameters**

Geography:  State of California
Estimated Word Count: Up to 1,330
Estimated Program Duration (including lead time after approval of ad materials):  7 weeks

**Magazines - California editions**

| Title | Circulation | Frequency | Approximate Unit Size | Insertions |
|---|---|---|---|---|
| *Parade\** | 3,993,636 | Weekly | M Page | 1 |
| *USA Weekend\** | 2,584,191 | Weekly | M Page | 1 |
| *People* | 371,000 | Bi-Weekly | Full Page | 1 |
| **Magazine Total:** | **6,948,827** | | | **3** |

**Internet - targeted to California**

| Site | URL | Duration | Unit Size |
|---|---|---|---|
| Xaxis^ | Various | 6 weeks | 728 x 90 |
| Yahoo! Run of Network^ | www.yahoo.com | 6 weeks | 728 x 90 |
| Advertising.com Network | Various | 6 weeks | Various |
| *Total Estimated Impressions:* | **100,000,000** | | |

**Local Newspaper in California only; Food section requested where available**

| Title | Circulation | Frequency | Approximate Unit Size | Insertions |
|---|---|---|---|---|
| *San Diego Union-Tribune (Mon-Wed)* | 214,351 | Daily | 1/4 page | 1 |
| *Los Angeles Times* | 557,295 | Daily | 1/4 page | 1 |
| *San Francisco Chronicle* | 197,656 | Daily | 1/4 page | 1 |
| *Sacramento Bee* | 209,929 | Daily | 1/4 page | 1 |
| *Local Newspaper Total:* | **1,179,231** | | | **4** |

**Media Outreach**

**Press release** of approximately 1,300 words to be distributed over PR Newswire's National newsline in both English and Spanish.



*Notice Proposal*

# Kashi Foods California Notice Plan
## Prepared: April 30, 2014
### *Privileged & Confidential*

| Total Estimated Cost:† | $354,608 |
|---|---|

\*Parade is a Sunday supplement magazine inserted in approximately 29 newspapers in California.  USA Weekend is a weekend supplement magazine inserted in approximately 70 newspapers in California.

^Xaxis includes Run of Network and may include exposure on such websites as oprah.com, myspace.com, weather.com, ivillage.com, tvguide.com and usatoday.com, among several others. Yahoo RON may also include distribution on Yahoo's network of sites.

†Estimated costs depend on ad content and are subject to change at the time of the media buy.  The estimated costs are exclusive of time spent preparing the opinion, including research and drafting any affidavits, as well as any time spent attending a deposition or hearing. Any such time will be billed at GCG's standard hourly rates. All expenses associated with providing testimony and/or the preparation of testimony will be billed at cost. Print and internet production and distribution are included at no charge.  Internet publishers reserve the right to adjust quotes throughout the calendar year without notification, which may alter the estimated costs. This change may also impact the estimated impression levels, the overall media delivery and reach of the notice program. All advertising is subject to publisher's approval and availability at the time of the buy.

Sources: Media representatives; GfK MRI Doublebase 2013, comScore January 2014