**FEINSTEIN DOYLE
PAYNE & KRAVEC, LLC**
Joseph N. Kravec, Jr. (*pro hac vice*)
Wyatt A. Lison (*pro hac vice*)
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219
Phone: (412) 281-8400
Fax: (412) 281-1007
Email:  jkravec@fdpklaw.com
wlison@fdpklaw.com

**FARUQI & FARUQI, LLP**
Nadeem Faruqi (*pro hac vice*)
Antonio Vozzolo (*pro hac vice*)
Andrea Clisura (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Phone: (212) 983-9330
Fax: (212) 983-9331
Email:  nfaruqi@faruqilaw.com
avozzolo@faruqilaw.com
aclisura@faruqilaw.com

*Co-Lead Class Counsel*

(Additional Counsel on Signature Page)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYE ASTIANA, MILAN BABIC, TAMARA DIAZ, TAMAR LARSEN, and KIMBERLY S. SETHAVANISH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KASHI COMPANY, a California corporation,<br><br>Defendant. | Case Number: 11-cv-1967-H (BGS)<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS; MEMORANDUM OF LAW IN SUPPORT; DECLARATION OF ANTONIO VOZZOLO FILED HEREWITH**<br><br>Judge: Hon. Marilyn L. Huff<br>Date:   September 2, 2014<br>Time:  10:30 a.m.<br>Ctrm:  15A |

**TO DEFENDANT AND ITS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 2, 2014 at 10:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 15A of the above-referenced court, located at 333 West Broadway, San Diego, California, 92101, Plaintiffs Skye Astiana, Milan Babic, Tamara Diaz, Tamar Larsen, and Kimberly S. Sethavanish ("Plaintiffs") by and through the undersigned counsel of record, will move and hereby do move, pursuant to Fed. R. Civ. P. 23(e), for entry of an order granting final approval of class action settlement.

This Motion is based on: (1) this Notice of Motion, Motion and Memorandum in support thereof; (2) the Declaration of Antonio Vozzolo in Support of Motion for Final Approval of Class Action Settlement, and Attorneys' Fees and Costs, filed herewith; (3) the Stipulation of Settlement between Plaintiffs and Defendant filed on May 2, 2104; (4) the papers and pleadings on file; (5) the arguments of counsel at the hearing on this Motion; and (6) any other evidence and argument the Court may consider.

Dated: July 28, 2014

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:   s/ David E. Bower
          David E. Bower (119546)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: dbower@faruqilaw.com

  - and –

Nadeem Faruqi (*pro hac vice*)
Antonio Vozzolo (*pro hac vice*)
Andrea Clisura (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017

Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: nfaruqi@faruqilaw.com
avozzolo@faruqilaw.com
aclisura@faruqilaw.com

**FEINSTEIN DOYLE PAYNE
& KRAVEC, LLC**
Joseph N. Kravec, Jr. (*pro hac vice*)
Wyatt A. Lison (*pro hac vice*)
429 Forbes Avenue
Allegheny Building, 17th Floor
Pittsburgh, PA 15219
Phone: (412) 281-8400
Fax: (412) 281-1007
Email: jkravec@fdpklaw.com
   wlison@fdpklaw.com

*Co-Lead Class Counsel*

*ADDITIONAL PLAINTIFFS' COUNSEL:*

Michael D. Braun (#167416)
**BRAUN LAW GROUP, P.C**.
10680 W. Pico Blvd., Suite 280
Los Angeles, CA 90064
Phone: (310) 836-6000
Fax: (310) 836-6010
service@braunlawgroup.com

Janet Lindner Spielberg (#221926)
**LAW OFFICE OF JANET LINDNER SPIELBERG**
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Phone: (310) 392-8801
Fax: (310) 278-5938
jlspielberg@jlslp.com

Rosemary M. Rivas (#209147)
Danielle A. Stoumbos (#264784)
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, CA 94104
Phone: (415) 398-8700
Fax: (415) 398-8704
rrivas@finkelsteinthompson.com
dstoumbos@finkelsteinthompson.com

Lionel Z. Glancy (#134180)
Michael Goldberg (#188669)
Marc L. Godino (#182689)
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Phone: (310) 201-9150
Fax:: (310) 201-9160
info@glancylaw.com

Jason S. Hartley (#192514)
**STUEVE SIEGEL HANSON LLP**
550 West C Street, Suite 610
San Diego, CA 92101
Phone: (619) 400-5822
Fax: (619) 400-5832
hartley@stuevesiegel.com

Bruce D. Greenberg (*pro hac vice*)
**LITE DEPALMA GREENBERG, LLC**
Two Gateway Center, Suite 1201
Newark, NJ 07102
Phone: (973) 623-3000
Fax: (973) 623-0858
bgreenberg@litedepalma.com

Michael Louis Kelly (#82063)
Behram V. Parekh (#180361)
Heather M. Petersen (#261303)
**KIRTLAND & PACKARD LLP**
2361 Rosecrans Avenue, Fourth Floor
El Segundo, CA 90245
Phone: (310) 536-1000
Fax: (310) 536-1001
mlk@kirtlandpackard.com
byp@kirtlandpackard.com
hmp@kirtlandpackard.com

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             )  ss.:
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10866 Wilshire Blvd., Suite 1470, Los Angeles, CA 90024.

On July 28, 2014, I served the document(s) described as:

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**[X]  BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:** I caused the above document(s) to be transmitted by electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed.R.Civ.P. 5(d)(1) and by first class mail to those non-ECF registered parties listed on the Notice of Electronic Filing (NEF). *"A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P. 5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."*

Executed on July 28, 2014, at Los Angeles, California.

                                            s/David E. Bower
                                            David E. Bower